IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARGARET WISCHHOFF,

    Plaintiff,

v.

CITY OF MADISON, WISCONSIN,
LARRY NELSON, AL LARSON,
THOMAS HEIKKINEN and
KATHY CRYAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-35-jdp

---

This action came before the court and a jury with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Madison, Wisconsin, Larry Nelson, Al Larson, Thomas Heikkinen and Kathy Cryan dismissing this case.

Approved as to form this 6th day of October, 2014.

_____
James D. Peterson,
District Judge

_____    10/8/14
Peter Oppeneer,                                Date
Clerk of Court